S. Michael Kernan, State Bar No. 181747
R. Paul Katrinak, State Bar No.164057
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Attorneys for Plaintiff
Vice Industry Token, Inc.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICE INDUSTRY TOKEN, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>VICE MEDIA, LLC, a Delaware Limited Liability Company, and VICE MEDIA CANADA, INC., a Canada Corporation,<br><br>Defendants.<br>_____<br>VICE MEDIA, LLC, a Delaware Limited Liability Company, and VICE MEDIA CANADA, INC., a Canada Corporation,<br><br>Counter-Plaintiffs<br><br>vs.<br><br>VICE INDUSTRY TOKEN, INC., a California Corporation,<br><br>Counterclaim-Defendant<br>_____ | Case No. 2:18-CV-00309-DSF(AFMx)<br><br>**PLAINTIFF VICE INDUSTRY TOKEN, INC.'S ANSWER TO DEFENDANT VICE MEDIA, LLC, AND VICE MEDIA CANADA, INC'S COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff and Counter-defendant Vice Industry Token, Inc., ("VIT") by and through its attorney of record responds to the Counterclaims of Defendants, Vice Media, LLC, and Vice Media Canada, Inc., (collectively "Vice Media") as follows:

## COUNTERCLAIMS

### Parties, Jurisdiction, and Venue

1. VIT is without sufficient knowledge or information to admit or deny the truth of the allegations set forth in Paragraph 24 of the Answer.

2. VIT is without sufficient knowledge or information to admit or deny the truth of the allegations set forth in Paragraph 25 of the Answer.

3. VIT admits the allegations set forth in Paragraph 26 of the Answer.

4. VIT admits the allegations set forth in Paragraph 27 of the Answer.

5. VIT admits the allegations set forth in Paragraph 28 of the Answer.

### Facts Common to All Counter Claims

6. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Answer.

7. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the Answer.

8. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the Answer.

9. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 of the Answer.

10. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of the Answer.

11. VIT denies each and every allegation set forth in Paragraph 34 of the Answer, except admits that VIT previously used the domain name http://vice.org and now operates from the website http://vicetoken.com.

///

///

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

1  12. VIT denies each and every allegation set forth in Paragraph 35 of the Answer, except admits that Vice Token a decentralized blockchain platform and cryptocurrency token that rewards viewers just for watching content, and VIT has social media accounts.

13. VIT denies each and every allegation set forth in Paragraph 36 of the Answer, except admits that VIT issued a press release on October 18, 2017.

14. VIT denies each and every allegation set forth in Paragraph 37 of the Answer.

15. VIT denies each and every allegation set forth in Paragraph 38 of the Answer.

16. VIT denies each and every allegation set forth in Paragraph 39 of the Answer.

17. VIT denies each and every allegation set forth in Paragraph 40 of the Answer, except admits that Vice Media has not licensed or authorized VIT to use the VICE mark.

18. VIT denies each and every allegation set forth in Paragraph 41 of the Answer, except admits that one individual internet user mistakenly associated the Vice Industry Token with Vice Media.

### FIRST COUNTERCLAIM
### (Federal Trademark Infringement, 15 U.S.C. § 1114, et seq.)

19. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

20. VIT denies each and every allegation set forth in Paragraph 43 of the Answer.

21. VIT denies each and every allegation set forth in Paragraph 44 of the Answer.

22. VIT denies each and every allegation set forth in Paragraph 45 of the Answer.

23. VIT denies each and every allegation set forth in Paragraph 46 of the Answer, except admits that Vice Media has ownership rights in a VICE mark.

24. VIT denies each and every allegation set forth in Paragraph 47 of the Answer.

25. VIT denies each and every allegation set forth in Paragraph 48 of the Answer.

26. VIT denies each and every allegation set forth in Paragraph 49 of the Answer.

27. VIT denies each and every allegation set forth in Paragraph 50 of the Answer

28. VIT denies each and every allegation set forth in Paragraph 51 of the Answer, except admits that Vice seeks the relief sought therein.

**SECOND COUNTERCLAIM**

**(Federal Unfair Competition/False Designation of Origin, 15 U.S.C. § 1125(a))**

29. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

30. VIT denies each and every allegation set forth in Paragraph 53 of the Answer.

31. VIT denies each and every allegation set forth in Paragraph 54 of the Answer.

32. VIT denies each and every allegation set forth in Paragraph 55 of the Answer.

33. VIT denies each and every allegation set forth in Paragraph 56 of the Answer.

34. VIT denies each and every allegation set forth in Paragraph 57 of the Answer.

35. VIT denies each and every allegation set forth in Paragraph 58 of the Answer.

36. VIT denies each and every allegation set forth in Paragraph 59 of the Answer, except admits that Vice Media seeks the relief sought therein.

**THIRD COUNTERCLAIM**

**(Federal Dilution, 15 U.S.C. § 1125(c))**

37. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

38. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 61 of the Answer.

39. VIT denies each and every allegation set forth in Paragraph 62 of the Answer.

40. VIT denies each and every allegation set forth in Paragraph 63 of the Answer.

41. VIT denies each and every allegation set forth in Paragraph 64 of the Answer.

42. VIT denies each and every allegation set forth in Paragraph 65 of the Answer.

43. VIT denies each and every allegation set forth in Paragraph 66 of the Answer, except admits that Vice Media seeks the relief sought therein.

**FOURTH COUNTERCLAIM**

**(Common Law Trademark Infringement)**

44. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

**COUNTER-DEFENDANT VICE INDUSTRY TOKEN, INC.'S ANSWER TO COUNTER-PLAINTIFFS' COUNTERCLAIMS**

45. VIT denies each and every allegation set forth in Paragraph 68 of the Answer.

46. VIT denies each and every allegation set forth in Paragraph 69 of the Answer.

47. VIT denies each and every allegation set forth in Paragraph 70 of the Answer, except admits that Vice Media seeks the relief sought therein.

### FIFTH COUNTERCLAIM

**(Trademark Dilution, Cal. Bus. Prof. Code §14247)**

48. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

49. VIT denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 72 of the Answer.

50. VIT denies each and every allegation set forth in Paragraph 73 of the Answer.

51. VIT denies each and every allegation set forth in Paragraph 74 of the Answer.

52. VIT denies each and every allegation set forth in Paragraph 75 of the Answer, except admits that Vice Media seeks the relief sought therein.

### SIXTH COUNTERCLAIM

**(Unfair Competition Under Cal. Bus. Code § 17200 et seq.)**

53. VIT hereby realleges and incorporates each and every allegation contained in the above paragraphs by reference as though fully set forth herein.

54. VIT denies each and every allegation set forth in Paragraph 77 of the Answer.

55. VIT denies each and every allegation set forth in Paragraph 78 of the Answer, except admits that Vice Media seeks the relief sought therein.

### FIRST AFFIRMATIVE DEFENSE

56. Each of the purported counterclaims are barred by the doctrines of waiver and estoppel.

### SECOND AFFIRMATIVE DEFENSE

57. Each of the purported counterclaims are barred because VIT has not infringed on any applicable trademarks under federal or state statutory common law.

///

### THIRD AFFIRMATIVE DEFENSE

58. Each of the purported counterclaims for injunctive relief are barred because Vice Media cannot show that they will suffer any irreparable harm from VIT's actions.

### FOURTH AFFIRMATIVE DEFENSE

59. Each of the purported counterclaims are barred because the alleged injury or damage suffered by Vice Media, if any, would be adequately compensated by damages. Accordingly, Vice Media has a complete and adequate remedy at law and is not entitled to seek equitable relief

### FIFTH AFFIRMATIVE DEFENSE

60. Each of the purported counterclaims are barred because of a failure to mitigate damages, if such damages exist.

### SIXTH AFFIRMATIVE DEFENSE

61. Each of the purported counterclaims are barred because, without admitting that Vice Media's Answer states a counterclaim, any remedies are limited to the extent there is sought an overlapping or duplicative recovery pursuant to the various claims against VIT or others for any alleged single wrong.

### SEVENTH AFFIRMATIVE DEFENSE

62. Each of the purported counterclaims are barred because, without admitting that the Answer states a counterclaim, there has been no damage in any amount, manner or at all by reason of any act alleged against VIT in the Answer, and the relief prayed for in the Answer therefore cannot be granted.

### EIGTH AFFIRMATIVE DEFENSE

63. Each of the purported counterclaims are barred because Vice Media failed to allege special damages where necessary.

### NINTH AFFIRMATIVE DEFENSE

64. Each of the purported counterclaims are barred by the doctrine of laches.

### TENTH AFFIRMATIVE DEFENSE

65. Each of the purported counterclaims are barred by the doctrine of unclean

1 hands.

2     66. Each of the purported counterclaims are barred by the First Amendment.

### ELEVENTH AFFIRMATIVE DEFENSE

67. Each of the purported counterclaims are barred by the doctrine of Fair Use.

### TWELFTH AFFIRMATIVE DEFENSE

68. Each of the purported counterclaims are barred, in whole or in part, by the doctrine of Waiver.

### THIRTEENTH AFFIRMATIVE DEFENSE

69. Each of the purported counterclaims are barred because Vice Media has not sustained any damages.

### FOURTEENTH AFFIRMATIVE DEFENSE

70. Each of the purported counterclaims are barred because they are frivolous.

### FIFTEENTH AFFIRMATIVE DEFENSE

71. Each of the purported counterclaims are barred by violating Fed. R. Civ. P. 11 as they were presented for improper purposes to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

### SIXTEENTH AFFIRMATIVE DEFENSE

72. Each of the purported counterclaims are barred by violating Fed. R. Civ. P. 11 as they have no evidentiary support.

### SEVENTEENTH AFFIRMATIVE DEFENSE

73. Each of the purported counterclaims are barred as they constitute an abuse of process.

### EIGHTEENTH AFFIRMATIVE DEFENSE

74. Each of the purported counterclaims are barred because they are frivolous.

### NINETEENTH AFFIRMATIVE DEFENSE

75. Each of the purported counterclaims is barred by Counterclaimant's bad faith.

///

///

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

## ADDITIONAL DEFENSES

76. VIT reserves the right to assert additional defenses to Vice Media's counterclaims based on information learned or obtained through discovery.

## PRAYER FOR RELIEF

WHEREFORE, VIT prays as follows:

1. For a declaration that VIT does not infringe and has not infringed any trademark or other intellectual property owned by Defendant Vice either directly, contributorily or by inducement;

2. Entering a judgment in favor of VIT;

3. Denying any and all relief requested by Vice Media;

4. Awarding VIT the costs of the suit incurred herein, including attorneys' fees and expenses; and

5. Granting VIT such other and further relief as this Court deems just and proper.

DATED: March 30, 2018                    THE KERNAN LAW FIRM

By: _____/s/ R. Paul Katrinak_____
R. Paul Katrinak
Attorneys for Plaintiff
Vice Industry Token, Inc.

## PROOF OF SERVICE

On March 30, 2018, I caused to be filed with the Court through its ECF/CM filing system the foregoing document described as:

**PLAINTIFF VICE INDUSTRY TOKEN, INC.'S ANSWER TO DEFENDANT VICE MEDIA, LLC, AND VICE MEDIA CANADA, INC'S COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System:

| | |
|---|---|
| Kimberly Herman, Esq.<br>kherman@sandw.com<br>Gerry Silver, Esq.<br>Gerry.silver@sandw.com<br>(admitted pro hac vice)<br>SULLIVAN & WORCESTER LLP<br>1633 Broadway<br>New York, NY 10019 | Attorneys for Defendant and Counter-Claimant's Vice Media, LLC and Vice Media Canada, Inc. |
| Ian M. Wallach, Esq.<br>iwallach@wallachlegal.com<br>IAN WALLACH LAW OFFICES PC<br>11400 West Olympic Blvd., Suite 1500<br>Los Angeles, California 90064 | |

☒ (Federal) I declare that that the foregoing is true and correct.

Executed on March 30, 2018, at Los Angeles, California.

                */s/ R. Paul Katrinak*
                R. Paul Katrinak

**COUNTER-DEFENDANT VICE INDUSTRY TOKEN, INC.'S ANSWER TO COUNTER-PLAINTIFFS' COUNTERCLAIMS**